UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DEONE DAVIDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00099-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff Diane Deone Davidson proceeds in this social security appeal represented by counsel. She seeks leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted an affidavit that satisfies the requirements under § 1915. *Id*. The court will therefore grant plaintiff leave to proceed to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security, as required. *See* Fed. R. Civ. P. (c)(3).

**Order**

a. Plaintiff Diane Deone Davidson's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

   i. The clerk must issue summons.

   ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

   iii. The United States will advance all costs of service.

1

IT IS SO ORDERED.

Dated: January 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE