UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DIANE DEONE DAVIDSON, ) | Case No. 1:19-cv-00099-JDP |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | AN EXTENSION OF TIME |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until November 22, 2019. This is Defendant's first request for an extension of time to respond. The Commissioner requires additional time to consider the certified administrative record, Plaintiff's brief, and the government's position due to conflicting due dates. Plaintiff's counsel does not object to the extension and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: October 22, 2019     By:   */s/ Jonathan O. Peña* *
JONATHAN O. PENA
Attorney for Plaintiff
(*By e-mail authorization on 10/22/19)

Dated: October 22, 2019                McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

   */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated: October 22, 2019

*[signature: Jeremy Peterson]*
UNITED STATES MAGISTRATE JUDGE

No. 204